**Ann Lewis Harrell, Appellant, v. Hattie Lewis, Appellee.**

**Gen. No. 46,063.**

Prentice H. Winfield, Jr., for appellant; James W. Harrell, of counsel; Brown, Fox, Blumberg & Markheim, for appellee; Wallace R. Sollo, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed October 26, 1953; released for publication December 1, 1953.